55,687-06

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 23 2015

Abel Acosta, Clerk

NO. WR-55,687-06

IN RE MILTON VERAN WILLIAMS, Relator

ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. F9573890-NL IN THE CRIMINAL DISTRICT COURT NO. 5
FROM DALLAS COUNTY

Per curiam

SUPPORTING DOCUMENTATION THAT REVOCATION
HEARINGS WERE COMMENCED BY DISTRICT COURT, BUT
NEITHER REVOKED PROBATION NOR PRONOUNCE JUDGMENT

COMES NOW, Relator (Milton V. Williams) (pro se), files the above style pleading to support in documents that judgment was not pronounce in the above style cause until the writ of habeas corpus proceedings in the year 2003 under Writ No. W9573890-(A); Ex Parte Milton Williams and/or Texas Court of Criminal Appeals Case No. WR-_____.
see also February 07, 2003 order Designating Issues under the above stated writ.

ARGUMENT AND AUTHORITY

The Eight Circuit Court of Appeals stated under United States v. Stalling, 301 F.3d 921, 922 (8th Cir. 2002) that, "... Although probation revocation were commenced by the probation office, the California court neither revoked probation nor did it pro-

Page 1 of 3

nounce judgment . . ."

In August of 1995, the District Court of Dallas County allowed Relator to transfer probation to the State of Oklahoma (Tulsa). In the year of 1997, the District Court for Logan County located in Guthrie, Oklahoma issued a Fugitive From Justice warrant under Case No. CF-97-218, (See attached Exh. #1(a)), for the Criminal District Court No. 5 from Dallas County under Case No. F9573890-NL, (State of Texas v. Milton Veran Williams). The State of Texas never responded during the period of October 06, 1997 to January 06, 1998 and the said cause was dismissed "for failure of the requesting state to respond." (See attached Exh. #1(b)(c)). Said instrument states 'charged' not convicted.

Again in the year of 2000 in the same said Oklahoma court the exact said proceedings were held under another Case No. CF-2002-312 during the period of November 06, 2000 to February 06, 2001 with the same above stated results. (See attached Exh. #2).

Based on the Criminal District Court No. 5's failure to had impose sentence on July 24, 1995 and/or to had revocate said probation judgment in the years of 1997 to 2001 a judgment was not impose in the cause at bar until after 2003 which warrants the issuing of a Nunc Pro Tunc to correct the actual date sentence was imposed on the judgment. See, e.g., United States v. Robinson, 967 F.2d 287 (9th Cir. 1992) where the Ninth Circuit concluded under California law a probation order is not a "judgment" when the imposition of sentence is suspended. See id. at 293.

It is undisputable through the July 24, 1995 guilty plea hearing transcripts in the cause at bar that Judge Manny Alverza stated, ". . . I hereby suspend the imposition of sentencing in the best interest of justice . . ." (See July 24, 1995 guilty plea hearing transcripts at Volume 339 at Pages 120-125).

The Court should take judicial notice through attached exhibits that the Criminal District Court No. 5 from Dallas County has a past history of 'failure to respond' in past filed cases which should support Relator's request on application for a writ of mandamus and the issuing of instructions to said court to perform a Nunc Pro Tunc to the judgment and sentence under Case No. F9573890-NL to reflect the actual date sentencing was impose and to serve Relator with said amended judgment and sentence.

Respectfully Submitted,
Isl Milton V. Hill #399375 (oooc)
Milton Veran Williams #399375 (oooc)
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

## CERTIFICATE OF MAILING

I, hereby certify, that a true and corrected copy of the foregoing was mailed on the __20th__ day of July, 2015 through U.S. Postal Service, postage prepaid to the below listed parties:

COURT OF CRIMINAL APPEALS
STATE OF TEXAS
ATTN: COURT CLERK (ABEL ACOSTA)
P. O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

DALLAS COUNTY DISTRICT COURT NO.5
ATTN: COURT CLERK (FELICIA PITRE)
133 N. INDUSTRIAL BLVD.,
DALLAS, TEXAS 75207

Milton V. Hill #399375
(Affiant)

Page 3 of 3

# IN THE DIS.RICT COURT IN AND FOR LOG.N COUNTY
## STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,
    Plaintiff,

vs.

MILTON VERAN WILLIAMS,
DOB: 07-23-61, SSN: 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
    Defendant.

}
}
}
}
}
}
}

CASE NO. CF-97-218

# INFORMATION

**FOR: FUGITIVE FROM JUSTICE**

In the name and by the authority of the State of Oklahoma, Robert L. Hudson, District Attorney of Logan County on his official oath gives this Honorable Court to know and be informed that in Logan County, State of Oklahoma, MILTON VERAN WILLIAMS did then and there unlawfully, willfully and knowingly commit the crime(s):

**FUGITIVE FROM JUSTICE**
That is to say, the said defendant, on or about the 6th day of October, 1997, and in the County and State aforesaid, then and there being a fugitive from justice of the State of Texas, County of Dallas, the said MILTON VERAN WILLIAMS being then and there charged with the commission of the crime of Theft $1500.00, did flee from justice of said State, said crime being on punishable under the laws of said state by a term exceeding one year, in violation of Title 22, OSA, Section 1141.3, contrary to the form and the statute in such cases made and provided and against the peace and dignity of the State of Oklahoma.

DATED this 6TH DAY OF OCTOBER, 1997.

ROBERT L. HUDSON
DISTRICT ATTORNEY

By: _Connie S. Pope_
ASSISTANT DISTRICT ATTORNEY

STATE OF OKLAHOMA, COUNTY OF LOGAN, SS:

CONNIE S. POPE, being of lawful age being first duly sworn, deposes and says that he/she has read the above and foregoing Information, knows the allegations and statement therein contained, and that the same are true.

_Connie S. Pope_
Assistant District Attorney

Subscribed and sworn to before me this 6TH DAY OF OCTOBER, 1997.

_Beverly Sykes_ Notary

BEVERLY SYKES
NOTARY PUBLIC
State Of Oklahoma
County Of Logan
My Commission Expires:
5-31-2000

I, MARIANN CARROLL
Logan County, Okla.

**WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA**

Jim Bowles, Sheriff, Dallas County, Texas

EXHIBIT #10(e)

10/6/1997
CF-97-218

Judge William W. Wheeler
State of Oklahoma vs Milton V. Williams
The State appears by Connie S. Pope, Assistant District Attorney. The Defendant appears in person, pro se. The Court sets bond in the amount of $2,000.00 and sets this case for review on November 6, 1997, at 1:30 p.m. The Defendant is remanded back to the custody of the Sheriff until that time or until bond is posted.

------------------------------

11/6/1997
CF-97-218

Judge William W. Wheeler
State of Oklahoma vs Milton V. Williams
The State appears by Laura Austin Thomas, Assistant District Attorney. The Defendant appears in person, pro se. The Court sets this case for further review on December 4, 1997, at 1:30 p.m. The Defendant may remain free on his present bond until that time.

------------------------------

12/4/1997
CF-97-218

Judge William W. Wheeler
State of Oklahoma vs Milton V. Williams
The State appears by Connie S. Pope, Assistant District Attorney. The Defendant appears in person, pro se. The Court sets this case for further review on January 8, 1998, at 1:30 p.m.

------------------------------

1/6/1998
CF-97-218

Judge William W. Wheeler
State of Oklahoma vs Milton V. Williams
The State appears by Ryan Wyrick, legal intern. The Defendant appears in person. Case dismissed and bond exonerated for failure of the requesting state to respond.

------------------------------

# IN THE DISTRICT COURT IN AND FOR LOGAN COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA SS
LOGAN COUNTY SS
FILED FOR RECORD

98 JAN -8 AM 11: 12

MARIANN CARROLL
COURT CLERK
BY _____ DEPUTY

STATE OF OKLAHOMA,  )
    Plaintiff,  )
    )
vs.  )    **CASE NO. CF-97-218**
    )
MILTON VERAN WILLIAMS,  )
    Defendant.  )

## MOTION TO DISMISS

COMES NOW, ROBERT L. HUDSON, in and for Logan County, State of Oklahoma, and moves the Court to dismiss the above entitled cause for the following reason, to wit: In the Best Interest of Justice.

WHEREFORE, ROBERT L. HUDSON, District Attorney moves the court to dismiss the above entitled cause.

DATED this 6th day of January, 1998.

ROBERT L. HUDSON
DISTRICT ATTORNEY

By _____
Assistant District Attorney

## ORDER OF DISMISSAL

NOW, ON THIS 6th day of January, 1998, this cause comes on to be heard before me, the undersigned Judge in and for Logan County, Oklahoma, and the Court being fully advised in the premises FINDS that said cause should be and the same is HEREBY DISMISSED, without costs, and said Defendant discharged and the bondsman released from any liability herein.

WILLIAM W. WHEELER
SPECIAL DISTRICT JUDGE

I, MARIANN CARROLL, Court Clerk for Logan County, Okla., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Logan County, Okla. this _____ day of _____.

MARIANN CARROLL
Court Clerk, Logan County
By _____ Deputy

ROLL 238 PAGE 2330



# IN THE DISTRICT COURT OF THE 9th JUDICIAL DISTRICT OF
# THE STATE OF OKLAHOMA SITTING IN AND FOR LOGAN COUNTY

THE STATE OF OKLAHOMA,
    Plaintiff,

vs.
                                          Case No. CF-2000-312

Milton V. Williams
SSN:     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
DOB:    07/23/1961
          Defendant(s),

## INFORMATION

FOR:
                                         *Bond $2000*

FUGITIVE FROM JUSTICE, a felony, 22 O.S. § 1141.13

### STATE OF OKLAHOMA, COUNTY OF LOGAN:

    I, **Robert Hudson,** the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that on or about the 6th day of November 2000, and in said County of Logan and in the State of Oklahoma, Milton V. Williams did then and there unlawfully, willfully, knowingly and feloniously commit the crime(s) of:

FUGITIVE FROM JUSTICE, a felony, being then and there a fugitive from justice of the state of
   ✱✱✱  Texas, county of Dallas County, the said defendant being then and there charged with the commission of the crime of Theft $1500.00 and did flee from justice of said state, said crime being punishable under the laws of said state by a term exceeding one year.

                                      Robert Hudson
                                      District Attorney

                    By: _Vincent Antonioli_____
                         Assistant District Attorney

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

✱ ✱ ✱  Dallas County Court Clerk

**STATE OF OKLAHOMA** )

                         )

**COUNTY OF LOGAN** )

I, __Vincent Antonioli_____, having read the above information, state under oath that the same is true and correct.

                                  Vincent Antonioli
                                  Assistant District Attorney